UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RIDGEVIEW IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHOLOGY INC.,**<br><br>Defendants. | Case No. 3:22-cv-02354 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ANTHOLOGY INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Ridgeview IP LLC respectfully submits this notice of voluntary dismissal WITHOUT PREJUDICE of Defendant Anthology Inc.

January 10, 2023

/s/ Christopher A. Honea
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702

**ATTORNEY FOR PLAINTIFF**